UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT, | No. 2:15-cv-1809 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for an extension of time to file attachments to his habeas petition. ECF No. 7. However, the motion indicates that petitioner may also be seeking to raise additional constitutional issues. Id.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, petitioner must file a notice that clarifies for the court whether he is seeking to amend his petition to add additional grounds for relief or whether he is seeking to provide additional documents without adding any new claims.

DATED: November 16, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE