UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT, | No. 2:15-cv-1809 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a motion for extension of time to file attachments to his habeas petition that indicated he may also be seeking to raise additional constitutional issues. ECF No. 7. He was ordered to file a notice clarifying whether he sought to amend the petition and add additional grounds for relief or whether he was seeking to provide additional documents without adding new claims. ECF No. 8. Petitioner has filed the required notice and stated that he intends to add both an additional claim and additional documentation to support his existing claims. ECF No. 9.

Petitioner's request for sixty days to file an amended petition will be granted. Petitioner is informed that the court cannot refer to a prior petition in order to make an amended petition complete. Once petitioner files an amended petition, the original pleading no longer serves any function in the case. Therefore, in an amended petition, as in an original petition, each ground for

1

relief must be sufficiently alleged.

      Petitioner has also filed an application to proceed in forma pauperis. ECF No. 4. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's motions for extension of time (ECF Nos. 7, 9) are granted, and petitioner shall have sixty days from the filing of this order to file an amended petition.

      2. Petitioner's motion to proceed in forma pauperis (ECF No. 4) is granted.

DATED: December 7, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE