| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| REGINALD BLOUNT, | No. 2:15-cv-1809 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

By order filed August 4, 2017, respondent was granted an extension of time, up to October 10, 2017, to file a response to the petition. ECF No. 38. On October 9, 2017, respondent filed an answer in this case. ECF No. 39. However, the answer is in response to the petition filed in Cebrero v. Frauenheim, 1:16-cv-0173 DAD JLT, and respondent has yet to file a response to the petition in this case. It is not clear whether petitioner received a copy of the responsive pleading that respondent intended to file because though he has filed a document that appears to be intended as a traverse, it is dated September 18, 2017. ECF No. 40.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to strike the October 9, 2017 answer (ECF No. 39) from the record.

////

////

1

2. Respondent shall file and serve a response to the petition in this case by October 20, 2017.

SO ORDERED.

DATED: October 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE