UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT,<br><br>   Petitioner,<br><br> v.<br><br>J. SOTO,<br><br>   Respondent. | No. 2:15-cv-1809 KJM AC P<br><br><br>ORDER |

   Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved for entry of default and summary judgment (ECF No. 64) and for injunctive relief in the form of release from prison (ECF No. 68). The motions are, in essence, requests for an order granting the petition for writ of habeas corpus.

   In his request for default, petitioner argues that his petition should be granted because respondent has not answered the petition. ECF No. 64. However, respondent did in fact file an answer (ECF No. 46), to which petitioner responded (ECF No. 50). The request for injunctive relief asks the court to grant the petition and order petitioner's release based on Ground Four, in which he argues that new evidence exists of his actual innocence. ECF No. 68. The court will rule on the petition in due course and order any relief appropriate at that time.

////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motions for an order granting

2    his petition and ordering his release from custody (ECF Nos. 64, 68) are DENIED.

3    DATED: September 24, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE