UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT, | No. 2:15-cv-1809 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner now brings a motion for relief. ECF No. 71. This motion requests an order granting his petition for writ of habeas corpus and ordering his release "A.S.A.P." Id. at 2.

The court will rule on the petition in due course and order any relief appropriate at that time. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for relief (ECF No. 71) is denied.

DATED: August 24, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE