UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>        Respondent. | No. 2:15-cv-1809 KJM AC P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed a request for a ruling and the status of his case. ECF Nos. 75, 80. The petition is currently fully submitted and will be considered by the court in due time. Petitioner is advised that the Eastern District of California maintains one of the heaviest caseloads in the nation. This sometimes causes unavoidable delays in the resolution of individual matters.

      Accordingly, IT IS HEREBY ORDERED that petitioner's motions for status and a ruling (ECF Nos. 75, 80) are GRANTED to the extent the status of petitioner's case has been provided and are otherwise DENIED.

DATED: April 4, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1